UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERRY HOOKS, | ) | 3:12-cv-00682-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 18, 2014 |
| | ) | |
| BRUCE BANNISTER, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's "F.R.CV.P. Rule 26 Motion for Discovery." (Doc. # 61.) Therein, plaintiff seeks this court to enter an "order and acknowledgment of Plaintiff's (Hooks) Interest in Formal Discovery Process." (*Id*.)  However, Defendants have not answered Plaintiff's Complaint. Defendants' answer or other responsive pleading is not due until April 19, 2014. (Doc. # 50 at 5.) A scheduling order which allows discovery to commence will issue after Defendants answer Plaintiff's Complaint. L.R. 16-1(b). Therefore, discovery (or a "motion for discovery") is premature.

Plaintiff's Motion (Doc. # 61) is therefore **DENIED without prejudice.**  As stated above, a scheduling order will be issued if Defendants answer or if good cause otherwise appears that discovery should proceed herein.  L.R. 16.1.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk