**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY HOOKS, | ) |
| Plaintiff, | ) 3:12-cv-00682-RCJ-WGC |
| vs. | ) |
| BRUCE BANNISTER et al., | ) **ORDER** |
| Defendants. | ) |

     This is a prisoner civil rights case. Plaintiff has asked the Court to review the Magistrate Judge's denial of Plaintiff's motion for an extension of time. Plaintiff asked the Magistrate Judge for an extension of time to file his brief indicating what discovery he intended to seek based on a one-week closure of the law library in the interim. The Magistrate Judge denied the motion because no legal research was required for Plaintiff to indicate what discovery he intended to seek, and the law library was to reopen in time for Plaintiff to have a total of twelve days of access to it, in any case. The Court cannot find any mistake of law or clear error in the Magistrate Judge's ruling. *See* Fed. R. Civ. P. 72(a).

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Objections (ECF No. 93) are DENIED.

IT IS FURTHER ORDERED that the Motions to Seal (ECF Nos. 76, 98) are GRANTED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge