**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY HOOKS,<br><br>        Plaintiff,<br><br>  v.<br><br>BRUCE BANNISTER, *et al.*,<br><br>        Defendants. | CASE NO.: 3:12-CV-00682-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#164[1]) entered on June 29, 2015, recommending that the Court deny Plaintiff's Motion for Preliminary Injunction and/or Protective Order (ECF #101). On July 20, 2015, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #172).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#164) entered on June 29, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction and/or Protective Order (ECF #101) is DENIED.

IT IS SO ORDERED this 22nd day of July, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.