UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JERRY HOOKS, | ) |
| Plaintiff, | ) CASE NO.: 3:12-CV-00682-RCJ-WGC ) |
| v. | ) O R D E R ) |
| BRUCE BANNISTER, *et al.*, | ) ) |
| Defendants. | ) ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #165) entered on June 29, 2015, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion to Have Exhibits Struck, Pretrial Memorandum and § 1623 Request for Partial Judgment (ECF #102). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #165).

IT IS HEREBY ORDERED that Plaintiff's Motion to Have Exhibits Struck, Pretrial Memorandum and § 1623 Request for Partial Judgment (ECF #102) is DENIED.

IT IS SO ORDERED this 22nd day of July, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE