UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JERRY HOOKS, | |
| Plaintiff, | CASE NO.: 3:12-CV-00682-RCJ-WGC |
| v. | O R D E R |
| BRUCE BANNISTER, *et al.*, | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #163) entered on June 29, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #75). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #163).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #75) is GRANTED as to all claims except for the following, which should be DISMISSED WITHOUT PREJUDICE as a result of Plaintiff's failure to exhaust his administrative remedies: The Eighth Amendment and retaliation claims against Holmes and the retaliation claim against Cruse. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 22nd day of July, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE