# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HOOKS,<br><br>      Plaintiff,<br><br>vs.<br><br>BRUCE BANNISTER et al.,<br><br>      Defendants. | 3:12-cv-00682-RCJ-WGC<br><br>**ORDER** |

      This is a prisoner civil rights case. The Court recently adopted recommendations of the Magistrate Judge to: deny Plaintiff's motion for a preliminary injunction; grant Defendants' motion for summary judgment; and deny Plaintiff's motion to strike certain exhibits to Defendants' motion. Plaintiff has asked the Court to reconsider. The Court declines to reconsider. The Court also demanded that Plaintiff prove by August 21, 2015 that certain Defendants had been served with the Amended Complaint within 120 days of April 15, 2013, on pain of dismissal without prejudice under Rule 4(m). Plaintiff has provided no proof of service.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 178) is DENIED.

IT IS FURTHER ORDERED that the case is DISMISSED WITHOUT PREJUDICE as against Defendants Carmazzi, Michael Byrne, and Boss under Rule 4(m).

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge